# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

January 20, 2021

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2C
Newark, New Jersey 07101

Re: *Quiroz v. Shalimar Sweets & Restaurant, King of Sweets Corp., et al.*,
20 Civ. 902 (MAH)

Dear Judge Hammer:

We are the attorneys for Plaintiff in the above-referenced matter, and submit this letter with counsel for Defendants, to jointly request that the hearing to approve the parties' settlement currently scheduled for April 19, 2021 be rescheduled to an earlier date.

The parties' Settlement Agreement and Release (the "Agreement") submitted on January 15, 2021 (ECF No. 37) provides for full resolution of the claims brought in this action and for payment to be made to Plaintiff by January 22, 2021, or within five business days of Court approval of the Agreement. *See* Joint Motion for Settlement Approval and Dismissal, Ex. 1 Agreement §1(i-iii). Indeed, one of the key elements of the settlement was that Plaintiff receive the settlement payment immediately. This is particularly vital to Plaintiff as he is currently unemployed and under significant financial distress due to the pandemic. Moreover, defense counsel has advised that the settlement checks have already been cut and are ready to be delivered upon approval of the Agreement by the Court. In light of these circumstances, the parties respectfully request that the hearing be rescheduled to an earlier date.

We are mindful of the enormous caseload undertaken by Your Honor in the District and do not intend this request as an attempt to jump the line. However, we thought that the Court should be aware of the special circumstances here.

    We thank the Court for its attention and consideration of the parties' request.

                                              Respectfully submitted,

                                              *s/ Louis Pechman*

                                              Louis Pechman

cc: All Counsel (via ECF)